No. 69050.—R. U. Delapenha & Co., Inc. *v.* United States, protests 61/3880, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bird's dessert powder similar in all material respects to that the subject of Abstract 68309, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 1, 1965

No. 69051.—Max Eckardt & Sons Division of Thor Corp. et al. *v.* United States, protests 58/21592, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.